UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

February 5, 2014

No. 12-4373

UNITED STATES OF AMERICA

v.

RUSSELL FLUKER,
                                        Appellant
(D.N.J. No. 2-11-cr-00447-002)


Present:  MCKEE, Chief Judge, FUENTES and SLOVITER, Circuit Judges

 Motion by Appellee USA to Amend Not Precedential Opinion Issued
January 23, 2014.


                                        Respectfully,
                                        Clerk/pdb
_____ORDER_____
The foregoing Motion by Appellee USA to Amend Not Precedential Opinion has been
Granted.  The opinion shall read "Fluker pled guilty to conspiracy to possess with intent
to distribute more than one kilogram of heroin, in violation of 21 U.S.C. §846."


                                        By the Court,

                                        s/ Dolores K. Sloviter
                                        Circuit Judge


Dated: February 11, 2014
pdb/cc: All Counsel of Record